## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
### Jacksonville Division

NORMAN HOEWISCHER,
Plaintiff,

vs.

CASE NO. 3:11-cv-869-J-32TEM

PALMER PLAZA, LLP,
Defendants.
_____/

## AMENDED NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff, Norman Hoewischer, by counsel, submits this Notice of Dismissal without prejudice.

Date: November 5, 2012                                Respectfully Submitted,

                                                                         Stephan M. Nitz, P.A.
                                                                         Of Counsel to Thomas B. Bacon, P.A.
                                                                         4302 Hollywood Blvd. #1010
                                                                         Hollywood, FL 33021
                                                                         954-364-7734
                                                                         E-Fax - 954 374-7051
                                                                         snitzadalaw@gmail.com
                                                                         Florida Bar I.D. No. 0045561

                                                             By: /s/Stephan M. Nitz_____
                                                                         Stephan M. Nitz

                                                                         Thomas B. Bacon
                                                                         Thomas B. Bacon, P.A.
                                                                         4868 S.W. 103rd Ave.
                                                                         Cooper City,  FL 33328
                                                                         Telephone 954-478-7811
                                                                         Fax 954-237-1990
                                                                         tbb@thomasbaconlaw.com
                                                                         Florida Bar Id. No. 139262

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record this 5th day of November, 2012.

/s/Stephan M. Nitz
Stephan M. Nitz