**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

NORMAN HOEWISCHER,

    Plaintiff,

vs.                                                  CASE NO. 3:11-cv-869-J-32TEM

PALMER PLAZA, LLP,

    Defendants.

_____

## ORDER

This case is before the Court on Plaintiff's Amended Notice of Dismissal Without Prejudice (Doc. 15). Upon review of the file, the Court notes that the Defendant has not been served in this matter and thus has neither served an answer nor a motion for summary judgment. Accordingly, pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, the claims raised against Defendant are dismissed without prejudice.

Plaintiff's Motion to Re-Issue Summons (Doc. 12) and the United States Magistrate Judge's Report and Recommendation regarding the motion (Doc. 13) are now moot and the Clerk shall terminate them and close the file.

**DONE AND ORDERED** at Jacksonville, Florida this 8th day of November, 2012.

                                                      TIMOTHY J. CORRIGAN
                                                      United States District Judge

jk.
Copies:

counsel of record